CASE 62—PETITION ORDINARY—SEPTEMBER 27.

# Dupuy vs. McMillan.

APPEAL FROM GREENUP CIRCUIT COURT.

The purchaser of a lot under execution, for less that a fourth of its value, agreed
with the defendant in the execution to release to him whenever he would reim-
burse the amount bid. The defendant having afterwards sold the lot, his vendee
was entitled, by subrogation, to redeem.

E. F. DULIN for appellant.
W. C. IRELAND for appellee.

JUDGE ROBERTSON DELIVERED THE OPINION OF THE COURT:

Satisfied that the appellant bought Gilkie's stable and ap-
purtenant lot, worth $600, for the amount of the execution
against the owner, which was only about $136, for Gilkie's
benefit, and received from him on the day of sale $40 to help
to pay the sum bid, and agreed to release to him whenever he
would reimburse the residue, we are of the opinion that Gil-

kie's subsequent sale of the stable and lot to the appellee, and transfer of the possession to him, subrogated him to his right of redemption. And we are of the opinion, also, that, after such substitution and Gilkie's insolvency, no arrangement between him and the appellant could deprive the appellee of his right to redeem by paying the residue of the amount bid, after crediting the $40 paid by Gilkie for that purpose. For that residue only the appellant holds an enforceable lien.

Such being the opinion of the circuit court, its judgment is affirmed.